

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00420-CV

**IN RE CITY OF SAN ANTONIO** acting by and through the City Public Service Board (CPS Energy)

Original Proceeding[1]

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice (not participating)

Delivered and Filed: September 27, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On April 26, 2023, Relator filed a petition for writ of mandamus. Relator also filed an emergency motion for temporary relief, which we granted. After considering the petition, Real Parties in Interests' responses, Relator's reply, and this record, this court concludes Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay imposed on April 26, 2023 is lifted.

PER CURIAM

---

[1] This proceeding arises out of Cause No. MDL 2022-CI-02879, styled *In re CPS Energy Gas Supplier Litigation*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable John J. Specia, Jr. presiding.